# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| JOSEPH ALLEN HAJEK, | Case No. 12-CV-343 (NEB/DJF) |
| Plaintiff, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION |
| GOVERNOR MARK DAYTON, ET AL., | |
| Defendants. | |

The Court has received the June 12, 2023 Report and Recommendation of United States Magistrate Judge Dulce J. Foster. (ECF No. 38.) No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1. The Report and Recommendation (ECF No. 38) is ACCEPTED;

2. The Motion to Dismiss (ECF No. 30) is GRANTED ; and

3. This matter is DISMISSED with prejudice.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: August 1, 2023         s/Nancy E. Brasel
                              Nancy E. Brasel
                              United States District Judge